the law and facts and a new trial granted in the City Court, with costs in all courts to appellant to abide the event, upon the ground that there is no causal connection, under the facts of this case, between defendant Lombardo's negligence, if we assume he was negligent, and the injury; and the further ground that the finding of negligence is against the weight of the evidence and contrary to the evidence. All concur. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

GERALD H. ANDREWS, Respondent, v. ROCHESTER ICE CREAM AND COLD STORAGE UTILITIES, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

JULIA A. ANDREWS, Respondent, v. ROCHESTER ICE CREAM AND COLD STORAGE UTILITIES, INCORPORATED, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

WABASH RAILROAD COMPANY, Respondent, v. THE BLACK ROCK MILLING CORPORATION, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JAMES MORIARTY, Appellant, v. JOHN HENNESY, Respondent.— Appeal dismissed unless ready for argument at the opening of the January term. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

WILLIAM DELONG, an Infant, by GILBERT T. DELONG, His Guardian ad Litem, Respondent, v. NATIONAL BISCUIT COMPANY, Appellant.— Appeal dismissed unless ready for argument at the opening of the January term. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

In the Matter of NOEL E. COSHWAY, an Attorney and Counselor at Law.— Issues raised by the petition and answer referred to Hon. John B. M. Stephens, official referee, to take the proofs and report the same together with his opinion thereon. Present — Clark, Sears, Crouch, Taylor and Edgcomb, JJ.

FRANK TUBIOLA, Respondent, v. ALBERT H. BAKER, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers and printed briefs by December fifteenth. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

NICHOLAS BERGER, an Infant, by FRED BERGER, His Guardian ad Litem, Appellant, v. PEOPLE's ICE COMPANY, Respondent.— Motion granted and appeal dismissed, with costs. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

FRED BERGER, Appellant, v. PEOPLE's ICE COMPANY, Respondent.— Motion granted and appeal dismissed. Present — Clark, Sears, Crouch, Taylor and Sawyer, JJ.

JOHN STURIALE and Others, Respondents, v. FERDINANDO NOTO and Others, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and printed briefs by December fifteenth. Present — Clark, Sears, Crouch, Sawyer and Edgcomb, JJ.

In the Matter of the Estate of WILLIAM D. PACKARD, Deceased.— Order of reversal entered May 2, 1928, amended *nunc pro tunc* so as to set forth the facts reversed and new findings made. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.